

```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RAMSEY FARRAJ
7
```

FILED
JAN 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-0286-AWI-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT;** ~~[PROPOSED]~~ **ORDER THEREON** |
| vs. | |
| RAMSEY FARRAJ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Ramsey Farraj, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant resides in Bakersfield, CA and must travel for approximately two hours each way in order to appear in court. It is a hardship for Defendant to appear at court appearances for this reason. Defendant understands that he will need to be present at any hearing involving any substantive issue. Defendant respectfully requests that the Court waive his appearance at all

future non-substantive hearings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 11, 2016

RAMSEY FARRAJ

DATED: January 11, 2016

*/s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Ramsey Farraj

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

DATED: January 11, 2016

HON. BARBARA A. MCAULIFFE
United States Magistrate Judge