HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAMSEY FARRAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-0286-AWI-BAM |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; [PROPOSED] ORDER THEREON** |
| vs. | |
| RAMSEY FARRAJ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Ramsey Farraj, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant previously requested a waiver of appearance at all non-substantive hearings, which was granted.  Defendant understands from the Court that it is necessary to further request, specifically, that his appearance be waived at any further substantive hearings, including

hearings on the issue of discovery, for which the Defendant anticipates there may be several further hearings prior to trial. Defendant resides in Bakersfield, CA and must travel for approximately two hours each way in order to appear in court.  It is a hardship for Defendant to appear at court appearances for this reason.  Defendant respectfully requests that the Court waive his appearance at all future pre-trial hearings unless his appearance is ordered by the Court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED:  January 26, 2017

*/s/ Ramsey Farraj*
RAMSEY FARRAJ
[Original Signature in File]

DATED:  January 26, 2017

*/s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Ramsey Farraj

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's Ramsey Jeries Farraj appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:  **January 26, 2017**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE