| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559-487-5950 |
| 5 | Attorney for Defendant |
| | RAMSEY J. FARRAJ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:15-cr-0286-DAD-BAM |
| *Plaintiff*, | | |
| vs. | | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| RAMSEY J. FARRAJ, | | |
| *Defendant*. | | Date: May 22, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference set for Wednesday, May 10, 2017 at 2:00 p.m. be vacated as to Mr. Farraj only, and that a change of plea hearing be set for Monday, May 22, 2017 at 10:00 a.m. in light of the plea agreement which has been filed in Mr. Farraj's case. (Dkt. 230)

The additional time between now and the date of the change of plea hearing will allow defendant to meet with counsel to discuss change of plea procedure and timeline for sentencing preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)

-1-

and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the May 22, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: May 4, 2017           */s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorneys for Defendant
RAMSEY J. FARRAJ

PHILLIP A. TALBERT
United States Attorney

DATED: May 4, 2017           */s/ Karen Escobar*
Karen Escobar
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to vacate the status conference and set a change of plea hearing in this case. Good cause appearing, the status conference as to Ramsey J. Farraj currently set for May 10, 2017, before Magistrate Judge Barbara A. McAuliffe is vacated and a change of plea hearing is set for May 22, 2017, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd. The time period between May 10, 2017 and May 22, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as based on the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 4, 2017**                    _____
UNITED STATES DISTRICT JUDGE