PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMSEY JERIES FARRAJ,<br><br>    Defendant. | No. 1:15-CR-00286-DAD-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between the United States of America and defendant Ramsey Jeries Farraj, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 31 U.S.C. § 5317(c)(1), defendant Ramsey Jeries Farraj's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Real property located at 12348 Lene Place, Bakersfield, Kern County, California, APN: 387-150-05-00-9;

   b. Real Property located at 12208 Vista Montana Drive, Bakersfield, Kern County, California, APN: 387-310-06-00-8;

   c. Real Property located at 4872 West 140th Street, Hawthorne, Los Angeles County, California, APN: 4147-021-020;

   d. Approximately $50,015.94 seized from Wells Fargo Bank account #1890335381, held in the names of Majed Akroush and Firyal Akroush;

e. The domain name and website hosted at www.bluewhalestore.com;

f. The domain name and website hosted at www.worldofincense.com;

g. Approximately $199,181.00 in U.S. Currency;

h. Approximately $33,460.00 in U.S. Currency seized from Citibank safe deposit box #1023-5, held in the names of Majed Akroush and Firyal Akroush;

i. Approximately $200,000.00 in U.S. Currency seized from Citibank safe deposit box #3511-7, held in the names of Majed Akroush and Firyal Akroush;

j. Approximately $50,015.94 seized from Wells Fargo Bank account #1890335381, held in the names of Majed Akroush and Firyal Akroush;

k. Approximately $39,000.00 seized from Wells Fargo Bank account #9374809227, held in the name of A/Z Inc. dba A to Z Auto Sales;

l. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375519, held in the names of Mathew Akroush and Firyal Akroush;

m. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375493, held in the name of Michelle Akroush;

n. Approximately $19,800.00 seized from Wells Fargo Bank account #1404375501, held in the name of Michael Akroush;

o. One Rolex Oyster Perpetual Cosmograph Watch; and,

p. 1962 Chevrolet Impala, VIN: 21867B189452.

2. The above-listed assets constitute property which were involved in a violation of 18 U.S.C. § 371 or are traceable to such violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service and the Internal Revenue Service – Criminal Investigations in its secure custody and control.

4. a. Pursuant to 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged

an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 31 U.S.C. § 5317, in which all interests will be addressed.

 6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated: **May 23, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE