PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RAMSEY JERIES FARRAJ,<br><br>                Defendant. | CASE NO. 1:15-CR-00286-DAD-BAM-3<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO WITHDRAWAL SEALED PLEADING<br><br>(Doc. No. 260) |

    Pursuant to the motion by the United States, sealed pleading (Doc. No. 250) is WITHDRAWN.

IT IS SO ORDERED.

Dated: **August 7, 2017**

                                                    */s/ Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE

1