IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMSEY JERIES FARRAJ,<br><br>Defendant. | CASE NO. 1:15-CR-00286-DAD-BAM-3<br><br>ORDER GRANTING MOTION TO WITHDRAW DEFENDANT'S SENTENCING MEMORANDUM<br><br>(Doc. No. 272) |

Pursuant to the motion by the defendant, sealed pleading (Doc. No. 263) is WITHDRAWN. Defendant shall file redacted version to remove all references by name of a cooperating witness for the government, as well as any personally identifying information contained in Exhibits B-E.

IT IS SO ORDERED.

Dated: __August 15, 2017__

_____
UNITED STATES DISTRICT JUDGE

1