HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAMSEY FARRAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00286-DAD-BAM-3 |
|---|---|
| Plaintiff, | ) ***AMENDED* DEFENDANT'S MOTION TO EXONERATE BOND; ORDER** |
| vs. | ) |
| RAMSEY FARRAJ, | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

On October 22, 2015, the Court ordered Mr. Ramsey Farraj released on his own recognizance and ordered Mr. Farraj to post a secured bond with the Clerk's Office in the amount of $70,000.00 to permit his release. Mr. Farraj's brother, Rami Farraj posted Mr. Farraj's property bond on October 22, 2015[1].

///
///
///
///
///
///
///

---

[1] Receipt number #0215147105. Deed number 147105, recorded on October 20, 2015, with sole trustor Rami Farraj.

Since no conditions of the bond remain to be satisfied, Mr. Farraj is now requesting that the $70,000 property bond be exonerated and returned to his brother pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2017         */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Ramsey Farraj

## ORDER

The court finds that Ramsey Farraj has complied with the conditions of his bond and that no conditions remain to be satisfied in that following his sentencing, the defendant surrendered on September 27, 2017 to the designated Bureau of Prisons institution to begin serving his sentence. The Clerk of the Court shall exonerate the property bond (#0215147105) in the above-captioned case with the date of deed October 20, 2015 and return the property deed to Mr. Rami Farraj, sole trustor.  The court's financial department shall contact the Federal Defender to obtain Mr. Rami Farraj's current address.

IT IS SO ORDERED.

Dated:   **October 11, 2017**         _____
UNITED STATES DISTRICT JUDGE